No. 36, Orig. TEXAS *v.* LOUISIANA. Report of Special Master received and ordered filed. Exceptions, if any, may be filed by the parties within 45 days. Reply briefs, if any, may be filed within 30 days.

No. 55, Orig. WEBB *v.* PORTER. Motion for leave to file bill of complaint denied.

No. 71–237. MANCUSI, CORRECTIONAL SUPERINTENDENT *v.* STUBBS. [Certiorari granted, 404 U. S. 1014.] Motions of respondent for appointment of counsel and for leave to proceed *in forma pauperis* granted.

No. 71–257. GRUBBS, DBA T. R. GRUBBS TIRE & APPLIANCE *v.* GENERAL ELECTRIC CREDIT CORP., 405 U. S. 699. Motion of petitioner for a determination of cause on the merits denied.

No. 71–507. KEYES ET AL. *v.* SCHOOL DISTRICT No. 1, DENVER, COLORADO, ET AL. C. A. 10th Cir. [Certiorari granted, 404 U. S. 1036.] Motions of Anti-Defamation League of B'nai B'rith et al., National Education Assn. et al., and Mexican American Legal Defense & Educational Fund for leave to file briefs as *amici curiae* granted. MR. JUSTICE WHITE took no part in the consideration or decision of these motions.